# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY DEWAYNE GULLETT, | : |
|    Plaintiff, | : |
| v. | :    CIVIL ACTION: 11-00081-KD-N |
| ROGER GOODMAN, *et al*, | : |
|    Defendants. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated August 6, 2012 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' Motion to Dismiss (Doc. 17) is **GRANTED** and that this action is **DISMISSED with prejudice** on the basis of issue preclusion and claim preclusion.

**DONE** and **ORDERED** this the **30**<sup>th</sup> day of **August 2012.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**