**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY DEWAYNE GULLETT,** | **:** | |
| **Plaintiff,** | **:** | |
| **v.** | **:** | **CIVIL ACTION: 11-00081-KD-N** |
| **ROGER GOODMAN,** *et al*, | **:** | |
| **Defendants.** | **:** | |

**ORDER**

After due and proper consideration of all pleadings in this file, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated August 6, 2012 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' Motion to Dismiss (Doc. 17) is **GRANTED** and that this action is **DISMISSED with prejudice** on the basis of issue preclusion and claim preclusion.

**DONE** and **ORDERED** this the **30th** day of **August 2012.**

<u>/s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**